JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRI A. M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-cv-09951-VBF-AFM <br><br> **JUDGMENT** |

IT HEREBY IS ORDERED AND ADJUDGED that the Complaint is dismissed without prejudice for failure to prosecute.

DATED: July 15, 2020

_____

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.